UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20549-CR-SCOLA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

PHILIP ESFORMES,

    Defendant.

_____/

**UNITED STATES OF AMERICA BUREAU OF PRISONS'
MOTION FOR PRIVACY ACT ORDER COMPLYING WITH 5 U.S.C.A. § 552a(b)**

    The United States of America Bureau of Prisons ("BOP") on behalf of the Warden at the Federal Correctional Institute in Estill, South Carolina, through the undersigned Assistant United States Attorney,[1] hereby files this motion requesting that the Court: (i) require defense counsel to make a showing of need of records protected by the Privacy Act; (ii) engage in the required balancing test; and (iii) enter an Order that the Court has considered the factors set forth in the Privacy Act, 5 U.S.C.A. § 552a(b).

    1.    On August 28, 2017, counsel for Defendant Philip Esformes served a Subpoena To Testify At A Hearing Or Trial In A Criminal Case upon the Custodian of Records of the Federal Correctional Institution in Estill, South Carolina seeking records covered by the Privacy Act, 5 U.S.C.A. § 552a. *See* Exhibit 1. Although the Subpoena demands the production of these records at the upcoming September 28, 2017 hearing in Miami, Defendant's cover letter requests the materials by the last week of September 11, 2017.

---

[1] The undersigned represents only the BOP in this matter concerning the Subpoena for trial testimony and records discussed herein.

2. Upon service of Defendant's Subpoena on August 28, 2017, the BOP began searching for and collecting the requested records.

3. Defendant's subpoena requests, among other things, forms submitted, signed, and/or acknowledged by inmates Guillermo Delgado and Gabriel Delgado. *See* Exhibit 1. For example, the subpoena seeks inmate agreements for participation in TRULINCS, telephone number request forms, acknowledgement of inmate telephone regulations, lists maintained by BOP of unmonitored calls, and other forms signed by Guillermo Delgado and Gabriel Delgado.

4. Defendant's subpoena also requests all taped messages to inmates Guillermo Delgado and Gabriel Delgado prior to each monitored call (Request No. 8), and documents provided to inmates Guillermo Delgado and Gabriel Delgado concerning the privilege of emails (Request No. 10). Pursuant to the Court's in-court ruling on July 18, 2017 and Privacy Act Order entered on July 19, 2017 [D.E. 470], the BOP has already provided to the Delgados' attorney the taped voice messages prior to each monitored call, and the disclaimers accompanying the inmates' emails. On August 22, 2017, the Delgados' attorney filed a Privilege Log [D.E. 532], and then filed a motion for a protective order on August 23, 2017 concerning some of those records [D.E. 536].

5. Defendant's subpoena demands information that might include confidential information concerning Guillermo Delgado and Gabriel Delgado in which no release authorization has been provided.

6. "Under 5 U.S.C.A. § 552a(b), government agencies can release information about individuals only under certain circumstances. Release is allowed when a court of competent jurisdiction so orders. 5 U.S.C.A. § 552a(b)(11). Requests for court orders under 5 U.S.C.A. § 552a(b)(11) should be evaluated by balancing the need for the disclosure against the potential

harm to the subject of the disclosure." *Perry v. State Farm Fire & Casualty Company*, 734 F.2d 1441, 1447 (11th Cir. 1984).

7. In light of the fact that the records responsive to the Subpoena may impact privacy interests held by inmates Guillermo Delgado and Gabriel Delgado, the United States respectfully requests that the Court: (i) require defense counsel to make a showing of need, and (ii) engage in the required balancing test. If, after considering the appropriate factors, the Court deems disclosure appropriate, the government further requests that this Court issue an Order reflecting that the Court has complied with these requirements and authorizing the United States to release the records found as described above.

## Certificate of Compliance

I hereby certify that on August 28, 2017, counsel for the United States of America notified Defendant's counsel of the requirement of either consent or a Privacy Act Order regarding records requested in the subpoena.

Dated:  September 5, 2017                              Respectfully submitted,

                                                       BENJAMIN G. GREENBERG
                                                       ACTING UNITED STATES ATTORNEY

                                        By:    */s/ John C. Spaccarotella*
                                               John C. Spaccarotella
                                               Assistant United States Attorney
                                               Court ID No. A5502142
                                               United States Attorney's Office
                                               99 N.E. 4th Street, Third Floor
                                               Miami, Florida  33132
                                               Telephone: (305) 961-9212
                                               Facsimile: (305) 530-7139
                                               john.spaccarotella@usdoj.gov

                                               *Counsel for the United States' Bureau of Prisons*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 5, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

> */s/ John C. Spaccarotella*
> John C. Spaccarotella
> Assistant United States Attorney