UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-20549-CR-SCOLA/OTAZO-REYES

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

PHILIP ESFORMES et al.,

    Defendants.
_____/

## UNOPPOSED MOTION OF BUSINESS ENTITY FOR APPROVAL OF CONTRACT TO SELL ASSISTED LIVING FACILITY ("ALF") KNOWN AS EDEN GARDENS

Business entity ADAR Associates, LLC (owns ALF doing business as Eden Gardens), ("Business Entity"), files its unopposed motion for approval of a contract to sell the adult living facility known as Eden Gardens (located at 1221 West Dixie Highway, North Miami, FL 33161). In support, Business Entity states as follows:

Certain business entities, including Movant, entered into a Stipulation Regarding Interlocutory Sale of Certain Real Properties and Related Business Interests in the companion civil case before Judge William (Case No. 16-23148) ("Stipulation") (DE 108-1). The Stipulation requires that the court approve any offers to purchase assets subject to the Stipulation. See ¶ 13 of Stipulation. Judge Williams entered an Order approving the Stipulation (DE 113). Judge Williams entered an Order approving this sale on July 12, 2018 (DE 188).

Certain Movants also entered into a Stipulation in this case, which the Court approved (DE 264-1, 270). The Stipulation in this case also requires Court approval of sales. See ¶ 14 of Stipulation in this case. A Third Superseding Indictment was returned on July 19, 2018

listing the ALF at issue as being directly forfeitable. This Court entered a restraining order on July 23, 2018 (DE 877). Because the Third Superseding Indictment (returned on July 19, 2018) lists the ALF at issue as being directly forfeitable, Business Entity also seeks approval of the sale by this Court.

Business Entity marketed the sale of the ALF Eden Gardens pursuant to the Stipulation. The Stipulation requires that the Court approve any offers to purchase assets subject to the Stipulation. See ¶ 13 of Stipulation in the companion civil case. The Stipulation in the companion civil case is consistent with the Stipulation in this case. See ¶ 14 of the Stipulation in this case. This Unopposed Motion seeks such approval.

Cushman & Wakefield, the agreed broker for the sale of assets subject to the Stipulation, solicited and received written offers to purchase the ALF at issue in this Motion. The successful bidder is Florida Value Partners, LLC ("FVP"). The proposed purchase price is $2,175,000. Business Entity and FVP entered into a Commercial Sale Contract on or about June 21, 2018. Edward Farah, on behalf of FVP, presented information to the Government, upon which the Government is relying, regarding the lack of present and future involvement by Philip Esformes and associated individuals and entities. FVP assigned its right to purchase the ALF known as Eden Gardens to FVP Eden Gardens, LLC ("FVP Eden Gardens").

Time is of the essence in this transaction. Business Entity asks that the Court enter an Order approving this purchase and sale contract at its earliest convenience so that the transaction can be pushed forward to closing.

For all of the foregoing reasons, Business Entity asks the Court to enter an Order approving the sale of the ALF to FVP Eden Gardens. Undersigned counsel for Business Entity has conferred with counsel for Philip Esformes and has been advised that Philip Esformes agrees that this motion should be granted. Undersigned counsel has conferred with

2

DEVINE GOODMAN RASCO & WATTS-FITZGERALD, LLP
2800 PONCE DE LEON BOULEVARD | SUITE 1400 | CORAL GABLES, FLORIDA 33134 | P 305.374.8200 | F 305.374.8208

counsel for the Government and has been advised that the Government does not oppose this Motion.

Dated this 30th day of August, 2018.

*BUSINESS ENTITY:* ADAR Associates, LLC
(owns ALF doing business as Eden Gardens)

Guy A. Rasco, Esq. (F.B.N. 727520)
Averil Andrews, Esq. (F.B.N. 105700)
*Attorneys for Business Entity*
2800 Ponce de Leon Blvd. Suite 1400
Coral Gables, Florida 33134
Telephone: (305) 374-8200
Email: grasco@devinegoodman.com
          aandrews@devinegoodman.com

And of Counsel:

Harvey M. Tettlebaum Esq.
Brian G. Flood, Esq.
Husch Blackwell, LLP
Attorneys for Business Entity
235 East High Street, P.O. Box 1251
Jefferson City, MO 65102-1251
Tel: (573) 761-1107
Email: harvey.tettlebaum@huschblackwell.com
*Appearing Pro Hac Vice*

3

Devine Goodman Rasco & Watts-FitzGerald, llp
2800 ponce de leon boulevard | suite 1400 | coral gables, florida 33134 | p 305.374.8200 | f 305.374.8208

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of August, 2018, the foregoing document was electronically filed with the Clerk of Court by utilizing the CM/ECF System. I also certify that the foregoing document is being served this day on all counsel of record identified on the below Service List either via transmission of Notices of Electronic Filing generated by CM/ECF, or in some other authorized manner for those counsel of parties who are not authorized to receive electronically Notices of Electronic Filing.

Guy A. Rasco

4

DEVINE GOODMAN RASCO & WATTS-FITZGERALD, LLP
2800 PONCE DE LEON BOULEVARD | SUITE 1400 | CORAL GABLES, FLORIDA 33134 | P 305.374.8200 | F 305.374.8208

## SERVICE LIST

Alison W. Lehr, Esq.
Susan Torres, Esq.
Assistant United States Attorney
Southern District of Florida
99 N.E 4th Street, Suite 700
Miami, FL 33132
Tel: (305) 961-9176
Email:
Alison.Lehr@usdoj.gov
Susan.Torres@usdoj.gov
*Counsel for Plaintiff*

Elizabeth Young, Esq.
U.S. Department of Justice
601 D Street NW Room 9237
Washington, DC 20530
Tel: (202) 532-4311
Email:
elizabeth.young@usdoj.gov
*Counsel for Plaintiff*

Samuel Joseph Rabin, Jr., Esq.
Samuel J. Rabin, Esq.
800 Brickell Avenue, Suite 1400
Miami, Florida 33131
Tel. (305) 358-1064
Email: sjr@miamilawyer.com
*Counsel for Odette Bracha*

Orlando do Campo, Esq.
Do Campo & Thornton, P.A.
Chase Bank Building
150 S.E. 2nd Avenue, Suite 602
Miami, Florida 33131
Tel: (305) 358-6600
Email: od@dandtlaw.com
*Counsel for Arnaldo Carmouze*

Michael S. Pasano, Esq.
Carlton Fields - Miami Tower
100 S.E. Second Street, Suite 4200
Miami, Florida 33131
Tel. (305) 530-0050;
Fax: (305) 530-0055
Email:
mpasano@carltonfields.com
*Counsel for Philip Esformes*

Marissel Descalzo, Esq.
Tache, Bronis, Christianson and Descalzo, P.A.
150 S.E. Second Ave., Suite 600
Miami, FL 33131
Tel: 305-537-9565;
Fax: 305-537-9567
Email:
mdescalzo@tachebronis.com
*Counsel for Philip Esformes*

Roy Black, Esq.
Howard Srebnick, Esq.
Jackie Perczek, Esq.
Black Srebnick Kornspan & Stumpf, P.A.
201 South Biscayne Boulevard, Suite 1300
Miami, Florida 33131
Tel: (305) 371-6421;
Fax: (305) 358-2006
Email:
Rblack@royblack.com
hsrebnick@royblack.com
jperczek@royblack.com
*Counsel for Philip Esformes*

Susan Torres, Esq.
United States Attorney's Office
99 NE 4th Street
Miami, FL 33132
Tel: (305) 961-9176
Fax: (305) 536-7599
Email: susan.torres@usdoj.gov
*Counsel for Plaintiff*

Nalina Sombuntham, Esq.
Assistant United States Attorney
99 NE 4th Street, 7th Floor
Miami, FL 33132
Tel: (305) 961-9224
Fax: (305) 536-7599
Email:
nalina.sombuntham.usdoj.gov
*Counsel for Plaintiff*

Jessica Elise Elliott, Esq.
United States Attorney's Office
99 NE 4th Street
Miami, FL 33132
Tel: (305) 961-9335
Fax: (305) 536-7599
Email: jessica.elliott@usdoj.gov
*Counsel for Plaintiff*

DEVINE GOODMAN RASCO & WATTS-FITZGERALD, LLP
2800 PONCE DE LEON BOULEVARD | SUITE 1400 | CORAL GABLES, FLORIDA 33134 | P 305.374.8200 | F 305.374.8208