UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-CR-20549-SCOLA/OTAZO-REYES (s)(s)(s)

UNITED STATES OF AMERICA

vs.

ARNALDO CARMOUZE,

          Defendant.

_____/

## FACTUAL BASIS

Beginning in or around January 5, 2006 and continuing through in or around July 22, 2016, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant, ARNALDO CARMOUZE ("CARMOUZE" or the "defendant"), did knowingly and willfully conspire and agreed with co-defendants Philip Esformes, Odette Barcha, and other co-conspirators, in violation of Title 18, United States Code, Section 1349, to commit health care fraud, in violation of Title 18, United States Code, Section 1347. CARMOUZE agrees that, had the case proceeded to trial, the United States would have proved the following facts beyond a reasonable doubt:

CARMOUZE was a physician's assistant licensed in the State of Florida. In approximately June 2004, CARMOUZE signed a Medicare enrollment Form 855, certifying to Medicare that he would comply with all Medicare rules and regulations, including that he would refrain from violating the federal anti-kickback statute. During the course of the conspiracy, and following this certification to Medicare, CARMOUZE received kickbacks and bribes to refer beneficiaries to

Hospital 1 and skilled nursing facilities and assisted living facilities owned and controlled by Phillip Esformes.

Moreover, CARMOUZE signed what he knew to be falsified, fabricated, and/or altered, prescriptions and medical records, including home health referrals, admissions at Hospital 1, discharge paperwork at Hospital 1, and physician visit notes without proper supervision of a physician and, in many instances, without ever meeting with the Esformes Network beneficiary. CARMOUZE also prescribed medically unnecessary narcotics, including Oxycodone, without a license, to Esformes Network beneficiaries.

The preceding statement is a summary, made for the purpose of providing the Court with a factual basis for my guilty plea to the charges against me. It does not include all of the facts known to me concerning criminal activity in which I and others engaged. I make this statement knowingly and voluntarily and because I am in fact guilty of the crimes charged.

Date: 1/9/19

By: _____
ALLAN J. MEDINA
ELIZABETH YOUNG
JAMES HAYES
TRIAL ATTORNEYS
U.S. DEPARTMENT OF JUSTICE
CRIMINAL DIVISION, FRAUD SECTION

Date: 1-8-19

By: _____
ARNALDO CARMOUZE
DEFENDANT

Date: 1-8-19

By: _____
ORLANDO DO CAMPO, ESQ.
COUNSEL FOR ARNALDO CARMOUZE