A-Z Topics    Site Map    FOIA

Search bop.gov

| Home | About Us | Inmates | Locations | Careers | Business | Resources |

Contact Us

# Find an inmate.

Locate the whereabouts of a federal inmate incarcerated from 1982 to the present. Due to the First Step Act, sentences are being reviewed and recalculated to address pending Good Conduct Time changes. As a result, an inmate's release date may not be up-to-date. Website visitors should continue to check back periodically to see if any changes have occurred.

**Find By Number** | **Find By Name**

| First | Middle | Last | Race | Age | Sex |
| arnaldo | | carmouze | | | |

**1** Result for search **arnaldo carmouze**    Clear Form    Search

### ARNALDO CARMOUZE

Register Number: 13742-104

Age:   61
Race:  White
Sex:   Male

Located at: **Miami FCI**

Release Date: **02/09/2024**

**Related Links**
Facility Information
Call or email
Send mail/package
Send money
Visit
Voice a concern

About the inmate locator & record availability




| About Us | Inmates | Locations | Careers | Business | Resources | Resources For ... |
| About Our Agency | Find an Inmate | List of our Facilities | Life at the BOP | Acquisitions | Policy & Forms | Victims & Witnesses |
| About Our Facilities | First Step Act | Map of our Locations | Explore Opportunities | Solicitations & Awards | News Stories | Employees |
| Historical Information | Communications | Search for a Facility | Current Openings | Reentry Contracting | Press Releases | Federal Executions |
| Statistics | Custody & Care | | Application Process | | Publications | Former Inmates |
| | Visiting | | Our Hiring Process | | Research & Reports | Media Reps |
| | Voice a Concern | | | | | |



Contact Us | FOIA | No FEAR Act | Privacy Policy | Information Quality | Website Feedback
USA.gov | Justice.gov | Open Government