Final Order No. DOH-20-0943-FOI-MQA

FILED DATE - JUN 2 9 2020
Department of Health

By: _____
Deputy Agency Clerk

STATE OF FLORIDA
BOARD OF MEDICINE

DEPARTMENT OF HEALTH,

    Petitioner,

vs.

                              DOH CASE NO.: 2016-20878
                              LICENSE NO.: PA9100713

ARNALDO CARMOUZE, P.A.,

    Respondent.
_____/

## FINAL ORDER

THIS CAUSE came before the BOARD OF MEDICINE (Board) pursuant to Sections 120.569 and 120.57, Florida Statutes, on June 5, 2020, via a duly noticed telephone conference call meeting, for consideration of the Administrative Complaint (attached hereto as Exhibit A) in the above-styled cause pursuant to Respondent's Election of Rights. Respondent was served with the Administrative Complaint by personal service. Because Respondent failed to submit an Election of Rights or otherwise dispute the facts or respond in any other way, Respondent waived the right to a hearing pursuant to Section 120.57, Florida Statutes. At the hearing, Petitioner was represented by Corynn Alberto, Assistant General Counsel. Respondent was not present and was not represented by counsel. The facts are not in dispute.



Upon consideration, it is ORDERED:

1. The allegations of fact set forth in the Administrative Complaint are approved and adopted and incorporated herein by reference as the findings of fact by the Board.

2. The conclusions of law alleged and set forth in the Administrative Complaint are approved and adopted and incorporated herein by reference as the conclusions of law by the Board.

3. The violations set forth warrant disciplinary action by the Board.

THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED:

Respondent's license to practice medicine in the State of Florida is hereby **REVOKED**.

## RULING ON MOTION TO ASSESS COSTS

At the hearing and on the record, the Department waived the assessment of costs in this matter.

**(NOTE: SEE RULE 64B8-8.0011, FLORIDA ADMINISTRATIVE CODE. UNLESS OTHERWISE SPECIFIED BY FINAL ORDER, THE RULE SETS FORTH THE REQUIREMENTS FOR PERFORMANCE OF ALL PENALTIES CONTAINED IN THIS FINAL ORDER.)**

This Final Order shall take effect upon being filed with the Clerk of the Department of Health.

DONE AND ORDERED this 19th day of June, 2020.

BOARD OF MEDICINE

*Claudia Kemp*
Claudia Kemp, J.D., Executive Director
*For* Hector Vila, M.D., Vice-Chair

NOTICE OF RIGHT TO JUDICIAL REVIEW

A PARTY WHO IS ADVERSELY AFFECTED BY THIS FINAL ORDER IS ENTITLED TO JUDICIAL REVIEW PURSUANT TO SECTION 120.68, FLORIDA STATUTES. REVIEW PROCEEDINGS ARE GOVERNED BY THE FLORIDA RULES OF APPELLATE PROCEDURE. SUCH PROCEEDINGS ARE COMMENCED BY FILING ONE COPY OF A NOTICE OF APPEAL WITH THE AGENCY CLERK OF THE DEPARTMENT OF HEALTH AND A SECOND COPY, ACCOMPANIED BY FILING FEES PRESCRIBED BY LAW, WITH THE DISTRICT COURT OF APPEAL, FIRST DISTRICT, OR WITH THE DISTRICT COURT OF APPEAL IN THE APPELLATE DISTRICT WHERE THE PARTY RESIDES. THE NOTICE OF APPEAL MUST BE FILED WITHIN THIRTY (30) DAYS OF RENDITION OF THE ORDER TO BE REVIEWED.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Final Order has been provided by **Certified** and U.S. Mail to ARNALDO CARMOUZE, P.A., 6545 SW 95th Avenue, Miami, Florida 33173; to P.O. Box 320502, Tampa, Florida 33679-2502; and FCI Miami, Federal Correctional Institution, 15801 SW 137th Avenue, Miami, Florida 33177; by email to Allison Dudley, Assistant General Counsel, Department of Health, at Allison.Dudley@flhealth.gov; and by email to Edward A.

Tellechea, Chief Assistant Attorney General, at Ed.Tellechea@myfloridalegal.com this 29th day of June, 2020.

*[signature]*
**Deputy Agency Clerk**

Arnaldo Carmouze, P.A.
6545 SW 95th Avenue
Miami, FL 33173

**Certified Article Number**
9414 7266 9904 2140 1084 98
**SENDER'S RECORD**

Arnaldo Carmouze, P.A.
P.O. Box 320502
Tampa, FL 33679-2502

**Certified Article Number**
9414 7266 9904 2140 1084 81
**SENDER'S RECORD**

Arnaldo Carmouze, P.A.
FCI Miami, Federal Correctiona Institute
15801 SW 137th Avenue
Miami, FL 33177

**Certified Article Number**
9414 7266 9904 2140 1084 74
**SENDER'S RECORD**

## STATE OF FLORIDA
## DEPARTMENT OF HEALTH

**DEPARTMENT OF HEALTH,**

**PETITIONER,**

**v.**                                                    **CASE NUMBER 2016-20878**

**ARNALDO CARMOUZE, P.A.,**

**RESPONDENT.**

_____/

## ADMINISTRATIVE COMPLAINT

Petitioner Department of Health hereby files this Administrative Complaint before the Board of Medicine against Respondent Arnaldo Carmouze, P.A., and alleges:

1. Petitioner is the state agency charged with regulating the practice of medicine pursuant to section 20.43, Florida Statutes; chapter 456, Florida Statutes; and chapter 458, Florida Statutes.

2. At all times material to this Complaint, Respondent was a licensed physician assistant within the State of Florida, having been issued license number PA 9100713.

3. Section 458.347(7)(g), Florida Statutes (2019), provides that the Board of Medicine may impose penalties authorized under sections 456.072 and 458.331(2), Florida Statutes, upon a physician assistant if the physician



assistant has been found guilty of or is being investigated for any act that constitutes a violation of chapter 458 or chapter 456.

4. Respondent's address of record is 6545 SW 95th Avenue, Miami, Florida 33173.

5. On or about April 18, 2019, in the U.S. District Court for the Southern District of Florida, Mr. Carmouze pled guilty to one count of Conspiracy to Commit Health Care Fraud and Wire Fraud, a felony, in violation of 18 U.S.C. §1349.

6. The crime of Conspiracy to Commit Health Care Fraud and Wire Fraud is a crime related to Respondent's practice of, or ability to practice, as a physician assistant.

7. Respondent failed to report the April 18, 2019, guilty plea to this Board, in writing, within thirty (30) days.

## COUNT ONE

8. Petitioner realleges and incorporates paragraphs one (1) through six (6) as if fully set forth herein.

9. Section 456.072(1)(c), Florida Statutes (2018), subjects a licensee to discipline for being convicted or found guilty of, or entering a plea of guilty or nolo contendere to, regardless of adjudication, a crime in any

jurisdiction which relates to the practice of, or ability to practice, a licensee's profession.

10. On or about April 18, 2019, Respondent pled guilty to one count of Conspiracy to Commit Health Care Fraud and Wire Fraud, a crime related to his practice, or ability to practice, as a physician assistant.

11. Based on the foregoing, Respondent violated section 456.072(1)(c), Florida Statutes (2018).

## COUNT TWO

12. Petitioner realleges and incorporates paragraphs one (1) through seven (7) as if fully set forth herein.

13. Section 456.072(1)(x), Florida Statutes (2018), subjects a licensee to discipline for failing to report to the board, or the department if there is no board, in writing within 30 days after the licensee has been convicted or found guilty of, or entered a plea of nolo contendere to, regardless of adjudication, a crime in any jurisdiction.

14. Respondent failed to report the April 18, 2019, guilty plea to this Board, in writing, within thirty (30) days.

15. Based on the foregoing, Respondent violated section 456.072(1)(x), Florida Statutes (2018).

WHEREFORE, the Petitioner respectfully requests that the Board of Medicine enter an order imposing one or more of the following penalties: permanent revocation or suspension of Respondent's license, restriction of practice, imposition of an administrative fine, issuance of a reprimand, placement of the Respondent on probation, corrective action, refund of fees billed or collected, remedial education and/or any other relief that the Board deems appropriate.

SIGNED this \_\_12th\_\_ day of _____November_____, 2019.

Scott A. Rivkees, M.D.
State Surgeon General

*Corynn Alberto*

Corynn Alberto
Assistant General Counsel
Florida Bar Number 68814
Florida Department of Health
Office of the General Counsel
4052 Bald Cypress Way, Bin C-65
Tallahassee, Florida 32399-3265
Telephone: (850) 558-9843
Facsimile: (850) 245-4684
Email: Corynn.Alberto@flhealth.gov

FILED
DEPARTMENT OF HEALTH
DEPUTY CLERK
CLERK: Annalh Morris
DATE: NOV 1 2 2019

PCP Date: November 8, 2019

PCP Members: Robert London, M.D.; Zachariah Zachariah, M.D.; Deborah Gerbert, P.A.

## NOTICE OF RIGHTS

Respondent has the right to request a hearing to be conducted in accordance with Section 120.569 and 120.57, Florida Statutes, to be represented by counsel or other qualified representative, to present evidence and argument, to call and cross-examine witnesses and to have subpoena and subpoena duces tecum issued on his or her behalf if a hearing is requested. A request or petition for an administrative hearing must be in writing and must be received by the Department within 21 days from the day Respondent received the Administrative Complaint, pursuant to Rule 28-106.111(2), Florida Administrative Code. If Respondent fails to request a hearing within 21 days of receipt of this Administrative Complaint, Respondent waives the right to request a hearing on the facts alleged in this Administrative Complaint pursuant to Rule 28-106.111(4), Florida Administrative Code. Any request for an administrative proceeding to challenge or contest the material facts or charges contained in the Administrative Complaint must conform to Rule 28-106.2015(5), Florida Administrative Code. Mediation under Section 120.573, Florida Statutes, is not available to resolve this Administrative Complaint.

## NOTICE REGARDING ASSESSMENT OF COSTS

Respondent is placed on notice that Petitioner has incurred costs related to the investigation and prosecution of this matter. Pursuant to Section 456.072(4), Florida Statutes, the Board shall assess costs related to the investigation and prosecution of a disciplinary matter, which may include attorney hours and costs, on the Respondent in addition to any other discipline imposed.